FILED '11 APR 27 14:27 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ROBERT EARL FORT,

        Plaintiff,        Civil No. 10-1407-AA

        v.                   ORDER

A. MAUNEY, et al.,

        Defendant.

AIKEN, District Judge.

    Plaintiff's Motion to Compel Discovery (#17) is denied without prejudice pursuant to the Court's Order (#33) [staying discovery].

    Plaintiff's Motion for preliminary injunction is denied because plaintiff has not demonstrated either "(1) a likelihood of success on the merits and the possibility of irreparable injury or (2) the existence of serious qwuestions going to the merits and the balance of hardships tipping in [his] favor." Nike Inc. v. McCarthy, 379 F.3d 576, 580 (9th Cir. 2004). See also, Hodges-Durgin v. De La Vina, 199 F.3rd

1 - ORDER

1037, 1042 (9th Cir. 1999).

IT IS SO ORDERED

DATED this 26 day of April, 2011.

*/s/ Ann Aiken*
Ann Aiken
United State District Judge

2 - ORDER